SO ORDERED, THIS ___ DAY OF MAY, 2016.

_____
UNITED STATES DISTRICT COURT JUDGE

By their signatures the undersigned parties agree to, and request entry of, this Order:

FREEDOM FROM RELIGION FOUNDATION, INC.

By:_____
Printed Name:_____
Title:_____

_____
KEVIN PRICE

_____
JESSE CASTILLO

_____
RANDALL KALLINEN
Attorney for Plaintiffs

BREWSTER COUNTY, TEXAS

By:_____
Printed Name: *Eleazar R. Cano*
Title: *Brewster County Judge*

_____
RONNY DODSON

_____
GREG HUDSON
Attorney for Defendants